IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE THORNS,

    Plaintiff,                    No. CIV S-11-1826 DAD P

    vs.

S. SHANNON, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $1.50 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1

1  the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of
2  twenty percent of the preceding month's income credited to plaintiff's prison trust account.
3  These payments will be collected and forwarded by the appropriate agency to the Clerk of the
4  Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in
5  full.  See 28 U.S.C. § 1915(b)(2).
6          Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
7  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
8  has a reasonable opportunity to prevail on the merits of this action.
9          Accordingly, IT IS HEREBY ORDERED that:
10          1. Plaintiff's July 12, 2011 application to proceed in forma pauperis (Doc. No. 2)
11  is granted.
12          2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
13  Plaintiff is assessed an initial partial filing fee of $1.50.  All fees shall be collected and paid in
14  accordance with this court's order to the Director of the California Department of Corrections
15  and Rehabilitation filed concurrently herewith.
16          3. Service of the complaint is appropriate for the following defendants: Capt. S.
17  Shannon, Warden Tim Virga, and Lieutenant J.A. Baker.
18          4. The Clerk of the Court shall send plaintiff three USM-285 forms, one
19  summons, an instruction sheet, and a copy of the complaint filed July 12, 2011.
20          5. Within thirty days from the date of this order, plaintiff shall complete the
21  attached Notice of Submission of Documents and submit all of the following documents to the
22  court at the same time:
23              a. The completed, signed Notice of Submission of Documents;
24              b. One completed summons;
25              c. One completed USM-285 form for each defendant listed in number 3
26                 above; and

1            d.  Four copies of the endorsed complaint filed July 12, 2011.

2        6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 27, 2011.

                             /s/ Dale A. Drozd
                             DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

DAD:4
thor1826.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE THORNS,

     Plaintiff,                   No. CIV S-11-1826 DAD P

    vs.

S. SHANNON, et al.,                NOTICE OF SUBMISSION

     Defendants.             OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ <u>one</u> completed summons form;

     _____ <u>[#]</u> completed USM-285 forms; and

     _____ <u>[#]</u> true and exact copies of the complaint filed July 12, 2011.

DATED: _____.

                                         _____
                                         Plaintiff