IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE THORNS,

    Plaintiff,                      No. 2:11-cv-1826 MCE DAD P

    vs.

S. SHANNON, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Pending before the court id defendants' motion for summary judgment.  After briefing on that motion was completed, on September 19, 2012, the court issued an order setting forth a notice to plaintiff regarding the requirements for opposing a summary judgment motion as required by the recent decision in Woods v. Carey, 684 F.3d 934 (9th Cir. 2012).  In that order plaintiff was granted thirty days in which to file and serve any supplemental opposition to the pending motion for summary judgment of a notice indicating that he did not intend to file a supplemental opposition following the court's advisement.  Plaintiff has now requested an extension of time to file a supplemental opposition to the motion for summary judgment. Plaintiff's request will be granted. However, no further extensions of time will be will be granted for this purpose.

        Plaintiff has also requested another copy of defendants' points and authorities in support of the pending motion for summary judgment, suggesting that pages were missing from

the points and authorities originally served upon him.  The court will therefore order defendants to re-serve their points and authorities in support of the motion for summary judgment on plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 15, 2012, request for an extension of time (Doc. No. 30) is granted;

2. Plaintiff is granted forty-five days from the service of this order in which to file and serve a supplemental opposition to the defendants' motion for summary judgment.  No further extensions of time will be granted for this purpose;

3. Plaintiff's October 22, 2012 request for a copy of defendants' points and authorities in support of their motion for summary judgment (Doc. No. 31) is granted; and

4. Within seven days from the date of this order, defendants shall re-serve plaintiff with a copy of their points and authorities in support of their motion for summary judgment.

DATED: October 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
thor1826.36supopp