IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE THORNS,

     Plaintiff,                     No. 2:11-cv-01826 MCE DAD P

     v.

S. SHANNON, et al.,

     Defendants.         <u>ORDER</u>

                              /

     Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 28, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 43) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The Findings and Recommendations (ECF No. 43) filed February 28, 2013, are ADOPTED IN FULL;

2. Defendants' June 11, 2012, Motion for Summary Judgment (ECF No. 21) is GRANTED as to Plaintiff's claim that his constitutional right to equal protection under the laws was violated; and

3. Plaintiff is GRANTED leave to file an amended complaint to attempt to allege the other constitutional claims, if any, he wishes to pursue against Defendants Virga, Shannon and Baker.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE