IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE THORNS,** | Case No. 2:11-cv-01826 MCE DAD |
| Plaintiff, | **ORDER** |
| v. | |
| **S. SHANNON, ET AL.,** | |
| Defendants. | |

On May 15, 2014, defendants moved the Court for an order allowing counsel to conduct the deposition of plaintiff by videoconference. Good cause appearing, defendants' May 15, 2014 motion (ECF No. 58) is granted and the deadline for conducting discovery is extended to June 30, 2014.

IT IS SO ORDERED.

Dated: May 16, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
thorn1826.depo