UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE THORNS, | No. 2:11-cv-01826 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| S. SHANNON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner incarcerated under the authority of the California Department of Corrections and Rehabilitation (CDCR), at Tallahatchie County Correctional Facility located in Tutwiler, Mississippi. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Review of the docket indicates that under the court's January 23, 2014 scheduling order the deadline for conducting discovery expired on May 30, 2014. (See ECF No. 59.) However, one discovery matter remains outstanding. On April 16, 2014, plaintiff filed a timely motion to compel further production of documents, photographs, video surveillance tapes, and other evidence. (See ECF No. 57.) However, defendants did not respond to the motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file and serve a response to plaintiff's motion within fourteen (14) days after the filing date of this order.

1

     2. Plaintiff shall file and serve a reply within seven (7) days after service of defendants' response.

Dated: July 1, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
thorn1826.mtn.comp.